## EX PARTE MICHAEL HIGGINS.

COUNTY CONTRACTORS.  *Removal of convict out of county.*
   Under the act to reduce judiciary expenses (Acts 1878, p. 164), prisoners can be removed out of the county in which they were convicted by the contractor of an adjoining county.

APPEAL from the decision of Hon. UPTON M. YOUNG, Judge of the Eleventh District of Mississippi, dismissing a writ of *habeas corpus*, and remanding the relator to the custody of the contractor.

*A. W. Brien* and *R. V. Booth*, for the appellant.

Under the statute (Acts 1878, p. 164), the contractor for Hinds County has no right to take the convict out of Warren County, where he was tried.  The sheriff and president of the board of supervisors of each county are, by the statute, inspectors of the prisoners convicted therein, who cannot be moved about over the State.

*No counsel, contra.*

CHALMERS, J., delivered the opinion of the court.

The eleventh section of an act to reduce the judiciary expenses of this State (Acts 1878, pp. 164, 169) provides that where no one will contract with the board of supervisors of a county, for the labor of the prisoners confined in the county jail, the board may contract with the contractor of any adjoining county.  This gives the right to such contractor of the adjoining county to remove the prisoners to the county where his first contract was made, and where his stockades have been built and his work is in progress.  It is not incumbent on him to work the prisoners of each county within the limits of the county where they were convicted.

*Affirmed.*